IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Cerrone D Walker | ) | |
| 1705 Johns Rd Ext | ) | Case No: 23-10429-SDB |
| Augusta, GA 30904-4831 | ) | |
| | ) | |
| Debtor | | |

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and pursuant to 11 U.S.C. Sections 1324 (a) and 1325, objects to the confirmation of the Debtor's proposed plan.

The specific deficiencies are:

1. Schedule I reflects gross income that is lower than year to date average income and lower than CMI. Schedule I reflects gross income of $ 5,376.95 per month. Year to date average gross income through May 19, 2023, is $9,093.61 per month. Form 122C reflects gross income of $9,093.00 per month. Trustee requests Amended Schedule I that accurately reflects Debtor's income.
2. Per IRS Proof of Claim No. 2, Debtor has not filed the 2021 and 2022 tax returns.
3. Debtor's Plan does not provide for the secured claim of Georgia Department of Revenue (Claim No. 4). The Trustee provides notice that, absent plan amendment or objection to claim by Debtor, the claim will be paid as filed, with 12 percent interest.
4. Schedule I reflects a retirement loan payment in the amount of $190.84 per month. Trustee requests a step up in plan payments upon completion of the payment of this debt.
5. Trustee requests the inventory for the Estate of Robert Walker, Sr., and a copy of the Will to determine the value of Debtor's interest in the estate.

WHEREFORE, said Trustee prays that the Court deny confirmation of Debtor's proposed plan.

This 20th day of July 2023.

/s/ Joseph E. Mitchell, III
Joseph E. Mitchell, III, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 513205

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Trustee's Objection to Confirmation have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 20th day of July 2023.

/s/ John Eckert
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Lee Ringler  
Attorney At Law  
1450 Greene St Ste 222  
Augusta, GA 30901